IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WIDESPREAD ELECTRICAL SALES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UPSTATE BREAKER WHOLESALE SUPPLY, INC.,<br><br>Defendant. | CIV. ACTION NO. 3:20-cv-2541-BN |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Having considered the Agreed Motion to Dismiss filed by Plaintiff Widespread Electrical Sales, LLC and Defendant Upstate Breaker Wholesale Supply, Inc. (each, a "Party," and collectively, the "Parties"), the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims and counterclaims asserted by either Party are **DISMISSED WITH PREJUDICE**, and that all costs and attorneys' fees shall be borne by the party incurring the same.

SIGNED this 16th day of July, 2024.

_____
U.S. MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| */s/ Christopher J. Schwegmann*___ | */s/ Jeffrey F. Allen (with permission)* |
| Christopher J. Schwegmann | Phillip J. Conley |
| Texas Bar No. 24031515 | State Bar. No. 04666200 |
| cschwegmann@lynnllp.com | pjc@crm-lawfirm.com |
| Yaman Desai | Jay M. Rosenberg |
| Texas Bar No. 24101695 | State Bar No. 17269450 |
| ydesai@lynnllp.com | jmr@crmlawfirm.com |
| Amanda Alexander | CONLEY ROSENBERG & MENDEZ LLP |
| Texas Bar No. 24125647 | 14160 Dallas Parkway, Suite 800 |
| aalexander@lynnllp.com | Dallas, Texas 75254 |
| **LYNN PINKER HURST &** | (972) 364-9700 Telephone |
| **SCHWEGMANN, L.L.P.** | (972) 713-6480 Facsimile |
| 2100 Ross Avenue, Suite 2700 | |
| Dallas, Texas 75201 | Jeffrey F. Allen, Esp. |
| (214) 981-3800  Telephone | Claire G. Bopp, Esp. |
| (214) 981-3839  Facsimile | Admitted *Pro Hac Vice* |
| | jeffreyallen@bsk.com |
| **ATTORNEYS FOR PLAINTIFF** | cbopp@bsk.com |
| | BOND, SCHOENECK & KING, PLLC |
| | 350 Linden Oaks, Third Floor |
| | Rochester, New York 14625 |
| | (585) 362-4700 Telephone |
| | (585) 362 4779 Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

4881-9736-2385, v. 1